Charles T. HOYE, Plaintiff–Appellant,

v.

Harold CLARKE, Director, Virginia Department of Corrections; Gary L. Bass, Reg. Administrator, Virginia Department of Corrections, Central Regional Office; Samuel V. Pruett, Warden, Coffeewood Correctional Center; I.T. Gilmore, Assistant Warden, Coffeewood Correctional Center; R.W. Martin, EBP/Reentry Manager, Coffeewood Correctional Center; D. Gourdine, Inst. Pgms. Mgr. (IPM), Coffeewood Correctional Center; L.D. moore, Food Service Admin., Coffeewood Correctional Center, Defendants–Appellees.

No. 15–7016.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 29, 2015.

Decided: Jan. 13, 2016.

Charles T. Hoye, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles T. Hoye appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoye v. Clarke,* No. 7:14–cv–00124–MFU, 2015 WL 3407609 (W.D.Va. May 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*